IN THE DISTRICT COURT OF LINCOLN COUNTY

STATE OF OKLAHOMA

| | |
|---|---|
| ROY THOMPSON, ) | FILED |
| ) | SEP 2 4 2020 |
| Plaintiff, ) | CINDY KIRBY, COURT CLERK |
| ) | LINCOLN COUNTY, OKLAHOMA |
| vs. ) | Case No. CJ-20-105 |
| ) | |
| WAL-MART STORES EAST, LP, and, ) | |
| WALMART STORE #387 ) | |
| ) | |
| Defendants. ) | |

## PETITION

The Plaintiff, Roy Thompson ("Mr. Thompson"), for his cause of action against the Defendants, alleges and states:

1. Mr. Thompson is a resident of Lincoln County, Oklahoma.

2. Defendant Wal-Mart Stores, LP is a foreign limited partnership. Defendant Walmart Store #387 is an Oklahoma business located at 3100 E. 1st St., Chandler, Lincoln County, Oklahoma 74834. Defendants registered agent is The Corporation Company, 1833 S. Morgan Rd., Oklahoma City, Oklahoma 73128.

3. On or about October 9, 2018 Mr. Thompson was an invitee on the Defendants property, Store #387 located at 3100 E. 1st St., Chandler, Lincoln County, Oklahoma 74834. While on Defendants property Mr. Thompson fell due to Defendants negligence, causing him to suffer serious and permanent injuries.

4. A hidden danger existed on Defendants property that Defendants knew about or should have known about in the exercise of reasonable care, or that was created by the Defendants; and that should have been removed, repaired or warned of by the Defendants. Mr. Thompson's injuries and damages were directly or proximately caused by the hidden danger on Defendant's property.

EXHIBIT 2

5. The Defendants negligence has caused and continues to cause Mr. Thompson to suffer damages including permanent injuries, physical and mental pain and suffering (past, present and future), and medical expenses, in excess of $75,000.00

WHEREFORE, Mr. Greene prays for judgment against the Defendant in an amount in excess of $75,000.00, interests and costs, and for such further relief as the Court deems just and proper.

Respectfully submitted,

RAM LAW

PETER J. RAM, OBA #16780
One Western Plaza
5500 N. Western Ave., Suite 278 B
Oklahoma City, OK 73118
Email: pjr@pjramlaw.com
Phone: (405) 848-5088
Fax: (405) 840-7703

ATTORNEY'S LIEN CLAIMED